U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

JB

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael A Williams | |
| DEFENDANT | TYPE OF PROCESS |
| PENTAGON FEDERAL CREDIT UNION | Summons and complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Registered Agent: Scott Lind
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2930 Eisenhower Avenue, Alexandria, VA, 22314

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael A Williams
1130 South Canal Street #1240
Chicago, IL 60607

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 312-841-9560
DATE: 8-17-22

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 24 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk DF | Date 9/28/2022 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
VICTORIA SIMPSON (PENTAGON FEDERAL CREDIT UNION EMPLOYEE)

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 17OCT22
Time: 11:05 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy
DUSM Winston

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 0.625 x 2.00 $1.25 | 8.00 | 66.25 | | 74.25 |

REMARKS:





FILED
10/17/2022 LM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80