## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22 CV 4348 |
| | ) | |
| v. | ) | Judge Matthew F. Kennelly |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| PENTAGON FEDERAL CREDIT UNION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## NOTICE OF FILING

TO:   See Attached Service List.

     YOU ARE HEREBY NOTIFIED that on November 7, 2022 we caused to be filed with the Clerk of Court Defendant Pentagon Federal Credit Union's Motion To Dismiss Pursuant Federal Rules of Procedure 12(b)(6).

                          Respectfully submitted,

                          PENTAGON FEDERAL CREDIT UNION

                By:    /s/  *Eric J. Malnar*
                           Attorney for the Defendant

Eric J. Malnar (ARDC No. 6286782)
Huck Bouma PC
1755 S. Naperville Road
Suite 200
Wheaton, IL 60189
(630) 344-0810
emalnar@huckbouma.com

## **CERTIFICATE OF SERVICE**

Eric J. Malnar, an attorney, electronically filed Defendant's Certificate of Service of Defendant Pentagon Federal Credit Union's Motion to Dismiss electronic filing system on November 7, 2022 with electronic service to the following listed below:

/s/ Eric J. Malnar

Michael A. Williams
1130 South Canal Street #1240
Chicago, IL 60607
Mikewill217@yahoo.com