# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Michael A Williams

                       Plaintiff,

v.                                                Case No.: 1:22−cv−04348
                                                        Honorable Matthew F. Kennelly

Pentagon Federal Credit Union

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 22, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 2/22/2023. Defendant's motion to dismiss [18] is taken under advisement. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.